UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBIN BRASWELL )
    Plaintiff, )
)  **JUDGMENT**
v. )
) Case No. 5:19-CV-336-KS
ANDREW M. SAUL, )
*Commissioner of Social Security* )
*Administration*, )
    Defendant. )
)

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court denies the Plaintiff's Motion for Judgment on the Pleadings [DE-21], grants the Defendant's Motion for Judgment on the Pleadings [DE-23] and AFFIRMS the Commissioner's decision.

This judgment filed and entered on 8/24/2020, *with electronic service* upon the following:

Michael Karl Osterhout
Paul Eaglin
*Plaintiff's Counsel*

Jamie D.C. Dixon
*Defendant's Counsel*

                                              **PETER A. MOORE, JR.**
                                              CLERK, U.S. DISTRICT COURT

August 24, 2020                               /s/ *Shelia D. Foell*
                                              Deputy Clerk of Court